*Thursday, October 15, 1998*

## MOTION DOCKET

**98–1483. State v. Jones.**
Ashtabula C.P. No. 97CR221. This cause is pending before the court as an appeal from the Court of Common Pleas of Ashtabula County. Upon consideration of appellant's motion for extension of time for transmission of record,

IT IS ORDERED by the court that the motion for extension of time for transmission of the record be, and hereby is, granted, and the time for transmitting the record is extended to November 23, 1998. No further extensions will be granted.

*Friday, October 16, 1998*

## MISCELLANEOUS DISMISSALS

**98–1980. State v. Arnold.**
Greene App. No. 91–CA–43. Appellant has filed a notice of appeal of the judgment entered September 10, 1998, by the Greene County Court of Appeals in case No. 91–CA–43. According to appellant's notice of appeal, he has filed a discretionary appeal and a claimed appeal of right. Under S.Ct.Prac.R. II(2)(A)(1), if an appeal is a claimed appeal of right or a discretionary appeal, the appellant shall also file a memorandum in support of jurisdiction at the time the notice of appeal is filed. Whereas appellant has failed to file a memorandum in support of jurisdiction as required by S.Ct.Prac.R. II(2)(A)(1).

IT IS ORDERED by the court, *sua sponte*, that this case be, and hereby is, dismissed.

*Monday, October 19, 1998*

## MOTION DOCKET

**87–1674. State v. Broom.**
Cuyahoga App. No. 51237. On March 1, 1990, this court stayed the execution of sentence in this cause pending exhaustion of state post-conviction remedies. Appellee has moved that this court set a date for execution of sentence. It appearing to the court that all matters have been disposed of in case No. 87–1674, appellant's direct appeal of his conviction, and case No. 98–1252, appellant's post-conviction appeal,

IT IS ORDERED by the court, *sua sponte*, that the stay of execution entered in this cause on March 1, 1990, be and is hereby revoked.

IT IS HEREBY ORDERED by this court that said sentence be carried in the execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Tuesday, the 19th day of January, 1999, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Cuyahoga County.

**98–20. State v. Nields.**
Hamilton C.P. No. B9703305. This cause is pending before the court as an appeal from the Court of Common Pleas of Hamilton County. On October 9, 1998, appellant filed his second stipulation to an extension of time to file his merit brief. Whereas S.Ct.Prac.R. XIV(3)(B)(2) permits each party to obtain only one extension of time,

IT IS ORDERED by the court, *sua sponte*, that appellant's second stipulation to an extension of time to file his merit brief be, and hereby is, stricken.